IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:21MJ 88 |
| | ) | |
| AARON PINKERTON, | ) | |
| | ) | Court Date: April 19, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Misdemeanor 7869325

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 11, 2021, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AARON PINKERTON, did unlawfully steal, purloin, and knowingly convert to his use, property of the United States or any department or agency thereof, specifically: Two (2) Apple Pens, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

Raj Parekh
United States Attorney

By: *Sean Rowland* (signature)

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, a true and correct copy of the Criminal Information was mailed to the defendant at:

Aaron A. Pinkerton
10817 Hill Top Drive
Ft. Washington, Maryland 20744

By: *Sean Rowland* (signature)

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov